# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**STEPHANIE CROSBY**                                                                                          **PLAINTIFF**

**v.**                                    **3:21-CV-00200-ERE**

**KILOLO KIJAKAZI, Acting Commissioner,**
**Social Security Administration**                                                                **DEFENDANT**

## ORDER

Defendant's unopposed motion to reverse and remand *(Doc. 13)* is GRANTED. Accordingly, the Commissioner's decision is reversed, and this case is REMANDED for further administrative proceedings. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

IT IS SO ORDERED this 29th day of March, 2022.

_____
UNITED STATES MAGISTRATE JUDGE