# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**STEPHANIE CROSBY**                                                                              **PLAINTIFF**

**VS.**                                            **3:21-CV-00200-ERE**

**KILOLO KIJAKAZI, Acting
Commissioner, Social Security Administration**                              **DEFENDANT**

## ORDER

Pending before the Court is Plaintiff Stephanie Crosby's unopposed motion for attorney's fees and costs under the Equal Access to Justice Act ("EAJA"). *Doc. 15*.

Plaintiff's attorney, Stephanie Bartels Wallace, requests a total award of **$3,602.28** (which includes $3,580.80 in fees and $21.48 in costs). The Court concludes that Plaintiff is entitled to an award of attorney's fees under the EAJA, and the requested sum is reasonable.

Accordingly, Plaintiff's motion for attorney's fees and costs pursuant to the EAJA, *Doc. 15*, is GRANTED, and Plaintiff is awarded **$3,602.28** in fees and costs under the EAJA.[1]

IT IS SO ORDERED this 7th day of June, 2022.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] Consistent with the Commissioner's usual procedure in light of *Astrue v. Ratliff*, 560 U.S. 586 (2010), the check awarding EAJA fees should be made payable to Plaintiff but mailed to Plaintiff in care of Plaintiff's attorney at the attorney's office.

1